THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THE NEW YORK CITY CENTRAL UNDERGROUND RAILWAY COMPANY et al., Appellants.

(Argued February 27, 1893; decided March 14, 1893.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made January 4, 1893, which reversed an interlocutory judgment sustaining a demurrer to the amended complaint herein and overruled the said demurrer.

*Edward Winslow Paige* and *George Hoadley* for appellants.

*David J. Dean* for respondent.

Agree to affirm on opinions below.
All concur.
Order affirmed.